MARGUERITE FITZGERALD, Respondent, v. LEO FITZGERALD, Appellant.— Order unanimously modified by providing that the examination of defendant upon the matters set forth in plaintiff's notice of motion be held in the State of California upon written interrogatories, as provided in section 302 of the Civil Practice Act, and the Rules of Civil Practice applicable to such examinations. In the alternative, if plaintiff so prefers, the testimony may be taken in California upon open commission. In the latter event the necessary disbursements of the attorneys for both sides in attending upon the examination shall be paid by their respective clients. The party ultimately successful in the action may tax such payments as a disbursement. Otherwise, order affirmed. Bill of particulars to be served within twenty days after service of order to be entered hereon. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; O'Malley, J., concurs. (See *Probst* v. *Frenkel*, 240 App. Div. 504.) Settle order on notice.

In the Matter of the Application of FIORELLO H. LAGUARDIA, as Mayor of the City of New York, Petitioner, Appellant, to Vacate, Quash or Modify a Certain Subpoena Duces Tecum Dated January 9, 1941, Directing Said Petitioner to Appear and Testify before a Special Committee of the Council of the City of New York, etc., against ALFRED E. SMITH, JR., and Others, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [176 Misc. 482.]

In the Matter of Supplementary Proceedings of: CARL SHERMAN and Others (Subrogees to Rights of GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of LLOYDS INSURANCE COMPANY OF AMERICA, in and to a Certain Judgment against FRANK COHEN and as Assignee of the Aforesaid Judgment), Judgment Creditors, Appellants, v. FRANK COHEN, Judgment Debtor. EMPIRE ORDNANCE CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

LAURENCE W. ALDRICH, Respondent, v. BORIS BOGOSLOWSKY, Appellant.— Order unanimously modified by granting items 1 and 3 of the application for a discovery and inspection, and as so modified affirmed, without costs. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.